### 6895.    CRIGLER & CRIGLER COMPANY *v.* LARAMORE.

BROYLES, J.   1. The suit was upon a promissory note for the purchase-
price of whisky. The traveling representative of the plaintiff person-
ally took the defendant's order for the whisky in Albany, Georgia, and
the whisky was later shipped to the defendant by express from Coving-
ton, Kentucky, to Albany, Ga. · At the time the order was given, the
defendant stated to the plaintiff's representative that he was buying
the whisky for the purpose of selling it in Georgia in violation of the
prohibition law:   *Held,* that the contract was based upon an immoral
and illegal consideration, and could not be enforced.

2. The court, sitting by consent without the intervention of a jury, did
not err in rendering a judgment in favor of the defendant.

*Judgment affirmed.*

DECIDED MAY 19, 1916.

Complaint; from city court of Leesburg—Judge Clayton Jones
presiding.   July 19, 1915.

*D. H. Redfearn,* for plaintiff, cited:   *Dunn* v. *State, 82 Ga.* 27
(8 S. E. 806, 3 L. R. A. 199); *Cureton* v. *State,* 136 *Ga.* 93 (70
S. E. 786); *Small Grain Distilling Co.* v. *Davis,* 11 *Ga. App.* 114
(74 S. E. 897); *Glass* v. *Childs,* 9 *Ga. App.* 520 (71 S. E. 920);
*Mixon* v. *Walker,* 9 *Ga. App.* 610 (71 S. E. 1007); *R. M. Rose Co.*
v. *State,* 133 *Ga.* 356 (65 S. E. 770, 36 L. R. A. (N. S.) 443);
Adams Express Co. *v.* Commonwealth of Kentucky, 238 U. S. 190
(35 Sup. Ct. 824).